UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-61324-CIV-DIMITROULEAS

SCOTT THOMAS,

    Plaintiff,

vs.

BROWARD COUNTY SHERRIFF'S OFFICE,

    Defendant.

_____/

## **FINAL JUDGMENT**

THIS CAUSE is before the Court upon the Trial conducted January 24-27, 2022 and the Jury Verdict of January 27, 2022.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Judgment is entered in favor of Plaintiff SCOTT THOMAS and against Defendant BROWARD COUNTY SHERRIFF'S OFFICE in the amount of $240,000, plus post judgment interest at the legal rate, for which let execution issue.

2. The Clerk shall **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida, this 27th day of January, 2022.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record